UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



AUG 15 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIF.

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

RE:   James Kevin VAN PATTEN
      Docket Number:   2:03CR00348-01
      <u>RESTITUTION DISTRIBUTION</u>

Your Honor:

On June 12, 2006, the above-referenced defendant was sentenced to 12 months and 1 day imprisonment and a 3-year term of supervised release. He was also ordered to pay restitution in the amount of $26,333.00, but at the time, specific victim information was not known. Therefore, the issue of restitution distribution was continued for 60 days. The victim contact information has now been determined and it is recommended the Court order the defendant to pay restitution in the amount of $16,333.00 to:

   Radian Guaranty, Inc.
   1601 Market Street
   Philadelphia, PA 18103
   Ref: Radian Policy #96159668

Respectfully submitted,

LINDA L. ALGER
Senior United States Probation Officer

Dated: August 11, 2006
       Sacramento, California
       LLA/sda

REVIEWED BY: _____
             TERRY E. SHERBONDY
             Senior United States Probation Officer

Attachment(s)

cc:   Laura Ferris                        Christopher Wing
      Assistant United States Attorney    Defense Counsel

Rev. 05/2006
MEMO ~ COURT.MRG

_____
FRANK C. DAMRELL, JR.
United States District Court Judge

8/14/06
DATE