

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA   AUG 3 1 2006

MEMORANDUM   CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIF....

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

RE:   James Kevin VAN PATTEN
Docket Number:   2:03CR00348-01
AMENDED RESTITUTION DISTRIBUTION

Your Honor:

On June 12, 2006, the above-referenced defendant was sentenced to 12 months and 1 day imprisonment and a 3-year term of supervised release. He was also ordered to pay restitution in the amount of $26,333.00, but at the time, specific victim information was not known. Therefore, the issue of restitution distribution was continued for 60 days.

On August 14, 2006, a Restitution Distribution Memorandum was signed by the court with the distribution information. However, because the memorandum contained a clerical error which reflected two separate restitution amounts, an amended Restitution Distribution Memorandum was requested. Therefore, it is recommended the Court order the defendant to pay restitution in the amount of $26,333.00 to:

> Radian Guaranty, Inc.
> 1601 Market Street
> Philadelphia, PA 18103
> Ref: Radian Policy #96159668

Respectfully submitted,

LINDA L. ALGER
Senior United States Probation Officer

Dated: August 11, 2006
        Sacramento, California
        LLA/sda

REVIEWED BY:

KAREN A. MEUSLING
Senior United States Probation Officer

Attachment(s)

cc:   Laura Ferris                          Christopher Wing
       Assistant United States Attorney      Defense Counsel

1

Rev. 05/2006
MEMO ~ COURT.MRG

RE:   James Kevin Van Patten
      Docket Number:   2:03CR00348-01
      RESTITUTION DISTRIBUTION


AGREE: _____          DISAGREE: _____

_____          8/30/06
FRANK C. DAMRELL, JR.                       DATE
United States District Court Judge

Rev. 05/2006
MEMO ~ COURT.MRG